IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00050-BNB

MICHAEL WHITINGTON,

     Plaintiff,

v.

JOE ORTIZ,
AL ESTEP,
JOHN DOE,
SGT. OLSEN,
SGT. HUFF,
SGT. HARDING,
C/O BARNES, and
LT. JOHN CORDOVA,

     Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Michael Whitington filed *pro se* on March 17, 2006, a document titled "Request to Amend Judgment on Order to Dismiss Pursuant to Rule 59 F.R.C.P." Plaintiff objects to the Order and Judgment of Dismissal filed in this action on March 8, 2006. The Court must construe liberally the request to amend because Mr. Whitington is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the motion to amend will be construed liberally as a motion to reconsider. For the reasons stated below, the liberally construed motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the

judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Whitington filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Whitington fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Mr. Whitington is a prisoner in the custody of the Colorado Department of Corrections and apparently is incarcerated at the present time at the Kit Carson Correctional Facility in Burlington, Colorado. The Court dismissed the instant complaint and action without prejudice for failure to cure because Mr. Whitington failed within the time allowed to cure the deficiencies designated in the January 12, 2006, order to cure, which was mailed to Plaintiff at the Fort Lyon, Colorado, correctional facility, and returned to the Court on January 23, 2006, as undeliverable. The reasons for the dismissal are discussed in detail in the March 8, 2006, dismissal order.

Mr. Whitington now contends that although he formerly was a prisoner at the Fort Lyon Correctional Facility, he did not submit his complaint to the Court until he was incarcerated at the Kit Carson Correctional Facility. Plaintiff maintains that he never represented to this Court that he was incarcerated at the Fort Lyon Correctional Facility. Plaintiff is mistaken. The address he provided in his complaint is that of the Fort Lyon Correctional Facility. Plaintiff failed to notify the Court while this action was pending

that he was incarcerated at the Kit Carson Correctional Facility. Therefore, the Court appropriately mailed orders to Mr. Whitington at the address he provided in the complaint. Mr. Whitington is reminded that the Court dismissed the instant action without prejudice. Therefore, if Mr. Whitington wishes to pursue his claims, he may do so by filing a new action. Accordingly, it is

ORDERED that the document titled "Request to Amend Judgment on Order to Dismiss Pursuant to Rule 59 F.R.C.P." that Plaintiff Michael Whitington submitted *pro se* on March 17, 2006, and that the Court has construed liberally as a motion to reconsider pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 29 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-00050-BNB

Michael Whitington
Prisoner No. 98082
Kit Carson Corr. Center
PO Box 309
Burlington, CO 80807

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-28-06

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk